**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY MICKELSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ISIDRO BACA, *et al.,*<br><br>          Defendant. | CASE NO.: 3:15-CV-00458-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #38[1]) entered on May 15, 2017, recommending that the Court grant Defendants' Motion to Dismiss (ECF #27). On May 24, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #39). On June 7, 2017, Defendants filed a Response to Plaintiff's Objections (ECF #40).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #38) entered on May 15, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF #27) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 18th day of July, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.