AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF ___NEVADA___

KELLY MICKELSON,

         Plaintiff,                 JUDGMENT IN A CIVIL CASE

  v.

                               CASE NUMBER:  **3:15-cv-00458-RCJ-VPC**

JAMES COX, et al.,

         Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF #27) is granted.

July 18, 2017                            **DEBRA K. KEMPI**
                                      Clerk

                                /s/ K. Rusin
                                Deputy Clerk